P. CHRISTIAN SCHELEY, ESQ. BAR#: 125493
PAMELA B. BUMATAY, ESQ. BAR #: 244722
CLAPP, MORONEY, BELLAGAMBA, VUCINICH,
BEEMAN & SCHELEY
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, CA  94066
(650) 989-5400  (650) 989-5499 FAX

Attorneys for Defendants,
REYES RAMOS, INDIVIDUALLY and d/b/a/ AGAVE RESTAURANT aka AGAVE GRILL & CANTINA; and AGAVE GRILL & CANTINA, LLC, an unknown business entity d/b/a/ AGAVE RESTAURANT aka AGAVE GRILL & CANTINA

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>REYES RAMOS, INDIVIDUALLY and d/b/a/ AGAVE RESTAURANT aka AGAVE GRILL & CANTINA; and AGAVE GRILL & CANTINA, LLC, an unknown business entity d/b/a/ AGAVE RESTAURANT aka AGAVE GRILL & CANTINA,<br><br>  Defendants. | CASE NO.:   C09-04905 PJH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY STIPULATED by and between the parties, through their counsel of record, that Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants, REYES RAMOS, INDIVIDUALLY and d/b/a/ AGAVE RESTAURANT aka AGAVE GRILL & CANTINA; and AGAVE GRILL & CANTINA, LLC, an unknown business entity d/b/a/ AGAVE RESTAURANT aka AGAVE GRILL & CANTINA, shall have a **30 -day** extension to respond to Plaintiff J & J SPORTS PRODUCTIONS, INC.'S Complaint filed in October 15, 2009, and served to defendants

1  on November 30, 2009.

2  Defendants, REYES RAMOS, INDIVIDUALLY and d/b/a/ AGAVE RESTAURANT aka
3  AGAVE GRILL & CANTINA; and AGAVE GRILL & CANTINA, LLC, an unknown business entity
4  d/b/a/ AGAVE RESTAURANT aka AGAVE GRILL & CANTINA, shall now have until **January
5  19, 2009**, to file an Answer to Plaintiff's Complaint.

6  IT IS ALSO HEREBY STIPULATED by and between the parties, through their counsel of
7  record, the INITIAL CASE MANAGEMENT CONFERENCE currently scheduled for January 21,
8  2010, in Courtroom 3, 3rd Floor, at 2:00 pm shall be continued until March 4, 2010 or March 11, 2010,
9  or the soonest date thereafter that the Court is available for the Conference to take place.

10  Therefore, other deadlines, including the last day to meet and confer regarding initial
11  disclosure, early settlement, ADR process selection, and discovery plan; filing of the ADR
12  Certification signed by Parties and Counsel; filing of either the Stipulation to ADR Process or Notice
13  of Need for ADR Phone Conference, and the Last day to file Rule 26(f) Report, complete initial
14  disclosures or state objection in Rule 26(f) Report and file Case Management Statement per the
15  Standing Order regarding Contents of Joint Case Management Statement, shall also be continued
16  accordingly.

17  This stipulation is accompanied by P. Christian Scheley's declaration setting forth with
18  particularity, the reasons for the requested enlargement of time and the effect of the requested time
19  modification on the schedule of the case.

20  DATED: December 16, 2009         CLAPP, MORONEY, BELLAGAMBA, VUCINICH,
                                     BEEMAN & SCHELEY

By: _____
P. CHRISTIAN SCHELEY
Attorney for Defendants,
REYES RAMOS, INDIVIDUALLY and d/b/a/
AGAVE RESTAURANT aka AGAVE GRILL
& CANTINA; and AGAVE GRILL &
CANTINA, LLC, an unknown business entity
d/b/a/ AGAVE RESTAURANT aka AGAVE
GRILL & CANTINA

///

DATED: December 15, 2009      LAW OFFICES OF THOMAS P. RILEY, P.C.

By: _____
THOMAS P. RILEY
Attorney for Plaintiff,
J & J SPORTS PRODUCTIONS, INC.

**[PROPOSED] ORDER GRANTING STIPULATION TO RESPOND TO PLAINTIFF'S COMPLAINT AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

IT IS ORDERED that:

1. Defendant's shall have a 30 day extension to respond to Plaintiff's complaint.

2. The January 21, 2010 Initial Case Management is continued until March 4 2010, and all other deadlines are continued accordingly.

DATED: 12/22/09

_____
Honorable, Phyllis J. Hamilton



IT IS SO ORDERED
Judge Phyllis J. Hamilton

G:\Data\DOCS\0073\04184\Stip-Extnd (Answer-ICMC).wpd

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

**J & J SPORTS PRODUCTIONS, INC. v. REYES RAMOS/AGAVE GRILL & CANTINA, ET AL.**
United States District Court, Northern District of California Case No. C09-04905 PJH

**PROOF OF SERVICE - Civil**
[*Code of Civ. Proc. §§ 1011, 1013, 1031a, 2015.5*]

**METHOD OF SERVICE:**

☐ **By Personal Service**      ☐ **By Mail**           ☐ **By Overnight Delivery**
☐ **By Messenger Service**   ☐ **By Facsimile**   ■ **By E-Mail/Electronic Transmission**
☐ **By Certified Mail/Return Receipt Request**      **(EFD/USDC)**

1. I am a citizen of the United States and am employed in the County of San Mateo, State of California. I am over the age of 18 years and not a party to the within action.

2. My place of employment is 1111 Bayhill Drive, Suite 300, San Bruno, CA 94066.

3. On the date set forth below, I caused to be served a true and correct copy of the document(s) described as:

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

4. I served the document on the persons below, as follows:

Thomas P. Riley, Esq.
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel: (626) 799-9797    Fax: (626) 799-9795
E-mail: TPRLAW@att.net

*Atty. for Plaintiff J & J SPORTS PRODUCTIONS, INC.*

5. The documents were served by the following means (specify):

   a.   ☐   **BY PERSONAL SERVICE.** I personally delivered the documents to the persons at the addresses listed in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

   b.   ☐   **BY UNITED STATES MAIL.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and (specify one):

        (1)   ☐   deposited the sealed envelope with the United States Postal Services, with the postage fully prepaid.

G:\Data\DOCS\0073\04184\POS-USDC (Stip-Xtn Answr-ICMC).wpd
**PROOF OF SERVICE**                                           **CASE NO: C09-04905 JPH**

  (2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am resident or employed in the County where the mailing occurred. The envelope or package was placed in the mail at San Bruno, California, County of San Mateo.

c. ☐ **BY OVERNIGHT DELIVERY.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I place the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **BY MESSENGER SERVICE.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 4 and providing them to a professional messenger service for service.

e. ☐ **BY FAX TRANSMISSION.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 4. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

f. ☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission (**EFD/USDC**), I caused the documents to be sent to the persons at the email addresses listed in item 4. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful

g. ☐ **BY CERTIFIED MAIL/RETURN RECEIPT REQUESTED.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and (specify one):

  (1) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid for said certified mail/return receipt number **(See attached copies of Certified Mail/Return Receipts Requested.)**

☐ **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(Federal)** I declare that I am employed in the offices of a member of the bar of this court at whose direction this service was made. I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 16, 2009 at San Bruno, California.

*/s/ Pilar Marquez*
Pilar Marquez

*Proof of Service - Civil*
*[Code of Civ.Proc. §§ 1011, 1013, 1013a, 2015.5]*

**PROOF OF SERVICE**

G:\Data\DOCS\0073\04184\POS-USDC (Stip-Xtn Answr-ICMC).wpd
**CASE NO: C09-04905 JPH**