# LAW OFFICES OF THOMAS P. RILEY
### A PROFESSIONAL CORPORATION

---

FIRST LIBRARY SQUARE
1114 FREMONT AVENUE
SOUTH PASADENA, CA 91030-3227
TPRLAW@att.net

TEL: (626) 799-9797            FAX: (626) 799-9795

February 25, 2010

The Honorable Phyllis J. Hamilton
Chambers of the Honorable Phyllis J. Hamilton
United States District Court
1301 Clay Street
Oakland, CA 94612

Attention: Ms. Nichole Heuerman

Re: *J & J Sports Productions, Inc. v. Reyes Ramos, et al.*, Case # 4:09-cv-04905-PJH
 re: Case Management Conference Presently Set for Thursday, March 4, 2010 @ 2:00 PM

Judge Hamilton:            *Transmitted By Fax Only*

Following-up on my assistant, Sarah Chesshir's conversation with your Courtroom Deputy, Nichole Heuerman earlier today, please be advised the parties, and each of them, have settled *all* claims relative to the above-entitled action in *their entirety*. Settlement documents, including a Stipulation of Dismissal, have been forwarded by our firm to defense counsel Pamela Bumatay, and I anticipate the Stipulation of Dismissal will be filed with the Court promptly.

**WHEREFORE,** the Parties respectfully request that the Court continue the Case Management Conference to a new date approximately Thirty (30) to Forty-Five (45) days forward.

Respectfully,

*[signature]*

Thomas P. Riley

TPR/sc

cc: Ms. Pamela Bumatay, Esquire (via facsimile)

---

The case management conference is continued to April 8, 2010 at 2:00 p.m.

*[Stamp: IT IS SO ORDERED — Judge Phyllis J. Hamilton — United States District Court, Northern District of California]*