Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF California

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Reyes Ramos, et al., <br><br> Defendants. | CASE NO. CV 09-4905 PJH <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS REYES RAMOS, individually and d/b/a AGAVE RESTAURANT A/K/A AGAVE GRILL & CANTINA; and AGAVE GRILL & CANTINA, LLC, an unknown business entity d/b/a AGAVE RESTAURANT A/K/A AGAVE GRILL & CANTINA |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants REYES RAMOS, individually and d/b/a AGAVE RESTAURANT A/K/A AGAVE GRILL & CANTINA; and AGAVE GRILL & CANTINA, LLC, an unknown business entity d/b/a AGAVE RESTAURANT A/K/A AGAVE GRILL & CANTINA that the above-entitled action is hereby dismissed **without prejudice** against REYES RAMOS, individually and d/b/a AGAVE RESTAURANT A/K/A AGAVE GRILL & CANTINA; and AGAVE GRILL & CANTINA, LLC, an unknown business entity d/b/a AGAVE

RESTAURANT A/K/A AGAVE GRILL & CANTINA to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by April 1, 2010, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: February 19, 2010

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: 03/04/10

CLAPP, MORONEY, BELLAGAMBA,
VUCINICHI, BEEMAN & SCHELEY, P.C.
By: Pamela Bumatay
Attorneys for Defendants REYES RAMOS,
individually and d/b/a AGAVE RESTAURANT
A/K/A AGAVE GRILL & CANTINA; and
AGAVE GRILL & CANTINA, LLC,
an unknown business entity d/b/a
AGAVE RESTAURANT A/K/A AGAVE GRILL &
CANTINA

**IT IS SO ORDERED:**

Dated: 3/5/10

The Honorable Phyllis J. Hamilton
United States District Court
Northern District of California

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

STIPULATION OF DISMISSAL
CV 09-4905 PJH
PAGE 2

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On February 19, 2010, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS REYES RAMOS, individually and d/b/a AGAVE RESTAURANT A/K/A AGAVE GRILL & CANTINA; and AGAVE GRILL & CANTINA, LLC, an unknown business entity d/b/a AGAVE RESTAURANT A/K/A AGAVE GRILL & CANTINA**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Ms. Pamela Bumatay, Esquire        Attorneys for Defendants
**CLAPP, MORONEY, BELLAGAMBA,
VUCINICH, BEEMAN & SCHELEY, P.C.**
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on February 19, 2010, at South Pasadena, California.

Dated: February 19, 2010

_____
INESA MAMIDJANYAN